Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−24770−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walner Dumerand
   31−33 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8756

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 08/24/2017 and a confirmation hearing on such Plan has been scheduled for 10/25/2017.

The debtor filed a Modified Plan on 02/09/2018 and a confirmation hearing on the Modified Plan is scheduled for 3/14/2018 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 15, 2018
JAN: mg

   Jeanne Naughton
   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-24770-SLM
Walner Dumerand                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Feb 15, 2018
                             Form ID: 186             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.
```
db            +Walner Dumerand,    31-33 Richelieu Terrace,    Newark, NJ 07106-1632
516954960     +Aargon Collection Agen,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
516954961    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
              (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
                Saint Paul, MN 55101)
517175285      Educational Credit Management Corporation,    PO BOX 16408,    ST. PAUL, MN 55116-0408
517263149      GLHEC & Aff OBO Great Lakes Higher Ed Guar Corp,    PO Box 8961,    Madison WI 53708-8961
516954962     +Glhec,   Po Box 7860,    Madison, WI 53707-7860
517100526      Great Lakes Higher Education Guaranty Corp,    PO Box 8973,    Madison WI 53708-8973
516954963     +Lillian Zhang,    11 Walnut Street,    Livingston, NJ 07039-2507
516954966     +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517326338     +The Bank of New York Mellon,    1349 Empire Central Drive,    Suite 150,    Dallas, TX 75247-4029
516954967     +US Ban - Tax Lien Services,    50 South 16th Street,    Suite 2050,    Philadelphia, PA 19102-2516
517199531     +US Bank Cust for Actlien Holding,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
                Denville, NJ 07834-1239
516954969     +US Bank N.A.,    1310 Madrid Street,    Marshall, MN 56258-4001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2018 21:55:45      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2018 21:55:45      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517063491      E-mail/Text: bankruptcy.bnc@ditech.com Feb 15 2018 21:55:42
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516954964     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2018 21:55:45      Midland Credit Management, Inc.,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
516954965     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2018 21:55:45      Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517164580     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2018 21:55:45      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517149608      E-mail/Text: bkdepartment@rtresolutions.com Feb 15 2018 21:55:48
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
516954968     +E-mail/Text: tburke@tcmfund.com Feb 15 2018 21:55:47      US Bank as Cust for Tower DBW,
                50 S. 16th Street - Ste. 1,    Philadelphia, PA 19102-2516
                                                                                              TOTAL: 8
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             US Bank as Custodian for Actlien Holding,    c/o Deborah Feldstein, Esq.,    290 Route 456 West,
                Denville
517181650*    +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2         Date Rcvd: Feb 15, 2018
                              Form ID: 186             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:

        David L. Stevens    on behalf of Debtor Walner  Dumerand dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
        Deborah T. Feldstein    on behalf of Creditor   US Bank as Custodian for Actlien Holding dfeldstein@caplaw.net
        Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg     magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 5