Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−24770−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walner Dumerand
   31−33 Richelieu Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8756

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/25/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 25, 2019
JAN: apc

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-24770-SLM
Walner Dumerand                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Mar 25, 2019
                              Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db           +Walner Dumerand,    31-33 Richelieu Terrace,    Newark, NJ 07106-1632
516954961    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court:  Ditech Financial Llc,    332 Minnesota St Ste 610,
              Saint Paul, MN 55101)
517263149     GLHEC & Aff OBO Great Lakes Higher Ed Guar Corp,    PO Box 8961,    Madison WI 53708-8961
516954962    +Glhec,   Po Box 7860,    Madison, WI 53707-7860
517100526     Great Lakes Higher Education Guaranty Corp,    PO Box 8973,    Madison WI 53708-8973
516954963    +Lillian Zhang,    11 Walnut Street,    Livingston, NJ 07039-2507
516954966    +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517326338    +The Bank of New York Mellon,    1349 Empire Central Drive,    Suite 150,    Dallas, TX 75247-4029
516954967    +US Ban - Tax Lien Services,    50 South 16th Street,    Suite 2050,    Philadelphia, PA 19102-2516
517199531    +US Bank Cust for Actlien Holding,    c/o Pellegrino & Feldstein, LLC,    290 Route 46 West,
              Denville, NJ 07834-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 26 2019 00:12:32     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 26 2019 00:12:28     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516954960    +EDI: AARGON.COM Mar 26 2019 03:48:00      Aargon Collection Agen,    8668 Spring Mountain Rd,
              Las Vegas, NV 89117-4132
517063491     E-mail/Text: bankruptcy.bnc@ditech.com Mar 26 2019 00:12:06
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
517175285     EDI: ECMC.COM Mar 26 2019 03:48:00      Educational Credit Management Corporation,
              PO BOX 16408,   ST. PAUL, MN 55116-0408
516954964    +EDI: MID8.COM Mar 26 2019 03:48:00      Midland Credit Management, Inc.,    8875 Aero Drive,
              Suite 200,   San Diego, CA 92123-2255
516954965    +EDI: MID8.COM Mar 26 2019 03:48:00      Midland Funding,    2365 Northside Dr Ste 30,
              San Diego, CA 92108-2709
517164580    +EDI: MID8.COM Mar 26 2019 03:48:00      Midland Funding LLC,    PO Box 2011,
              Warren, MI 48090-2011
517149608     E-mail/Text: bkdepartment@rtresolutions.com Mar 26 2019 00:12:46
              Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
              Dallas, Texas 75247-4029
516954969    +EDI: USBANKARS.COM Mar 26 2019 03:48:00      US Bank N.A.,    1310 Madrid Street,
              Marshall, MN 56258-4099
516954968    +E-mail/Text: tburke@tcmfund.com Mar 26 2019 00:12:39     US Bank as Cust for Tower DBW,
              50 S. 16th Street - Ste. 1,    Philadelphia, PA 19102-2516
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            US Bank as Custodian for Actlien Holding,   c/o Deborah Feldstein, Esq.,   290 Route 456 West,
              Denville
517181650*   +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Mar 25, 2019
                              Form ID: 148               Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:

```
              David L. Stevens     on behalf of Debtor   Walner   Dumerand dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Deborah T. Feldstein    on behalf of Creditor    US Bank as Custodian for Actlien Holding
               dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```